# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

JOHN W. ETTER                                                           PLAINTIFF

v.                                        No. 2:06CV02070 JLH

AKAL SECURITY, INC.                                         DEFENDANT

## **ORDER**

The plaintiff has filed a request for a jury trial. The defendant has filed a motion to strike plaintiff's request for a jury trial because it is untimely. Plaintiff has responded by saying that he initially requested a jury trial in state court on the civil cover sheet; that the reassignment of this case from Judge Howard to the undersigned judge caused him to believe that new deadlines, including the deadline for requesting a jury trial, would be set; and that his request for a jury trial has been made so early in the case that no one will be prejudiced.

Pursuant to the discretion granted to the Court in Fed. R. Civ. P. 39(b), the Court denies defendant's motion to strike plaintiff's request for jury trial. Document #17. Plaintiff's request for a jury trial is granted. Document #16. This case will be tried to a jury.

IT IS SO ORDERED this 22nd day of August, 2006.

                                                  /s/ J. Leon Holmes
                                                  UNITED STATES DISTRICT JUDGE